ACCEPTED
12-14-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 2:32:00 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT

| | | |
|---|---|---|
| JOHN CALVIN MARSHALL | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | |
| VS. | § | 8/24/2015 2:32:00 PM NOS. 12-14-00368-CR |
| | § | CATHY S. LUSK<br>Clerk |
| THE STATE OF TEXAS | § | |

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief. As grounds therefore, the State shows the Court the following:

1. The trial court: 294th Judicial District Court

2. The number and style of the case in the trial court: Cause No. CR11-00070; The State of Texas vs. John Calvin Marshall

3. The offense for which the appellant was convicted: Burglary of a Habitation with Sexual Assault

4. The punishment assessed: 25 years tdcj-id; $10,000 fine; $5,940.00 restitution

5. The present deadline for filing the State's brief: August 24, 2015

6. The length of time requested for an extension: 10 days

7. The number of extensions previously granted: One plus Motion to file late brief that was granted on July 2, 2015.

8. The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

RICHARD A. SCHMIDT
Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24043907
ATTORNEY FOR THE STATE

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

RICHARD A. SCMIDT, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause.

The State's request for an extension of time is based upon the following facts:

I am one of five prosecutors, including the elected District Attorney, in the

Van Zandt County Criminal District Attorney's office. This office is without

designated appellate attorney's; therefore, I was assigned to complete the

State's brief. In addition to my normal felony prosecution duties I am also

responsible for adminstrative and supervisory duties. Due to my

overwhelming caseload and other duties, I have been unable to complete the

State's brief in the time allotted. Finally, the State's brief is nearly complete

and I do not anticipate requesting any further extensions ."



_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the
_____ 24 day of ___ August ___ , __ 2015 __ .

_____
Notary Public in and for
The State of Texas

VICKY A PIERCE
Notary Public
STATE OF TEXAS
My Comm. Exp. November 2, 2015

My Commission Expires: __ 11-2-15 __

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the

foregoing instrument was served on Appellant's Attorney of Record, Forrest Dean

White, on the 24th Day of August, 2015.

_____
RICHARD A. SCHMIDT